# June 13, 2025

# Austin Pittman                    2-25-CR-349

Initial Appearance

Dft appeared with CJA appointed counsel, Keith Yeazel

Dft advised of his rights charges and penalties

Gov seeks detention; DH set for 6/17/25 @ 12:15 PM

Prelim Exam set for 6/27/25 @ 1:30 PM


HSI: Sara Sellers
Dft Atty: K Yeazel
AUSA: Emily C
PTSO: T Turner
CRD: S Harris